IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No.    4:05-CR-031-Y |
| | § | |
| FRANK DAVID TREVINO | § | |

## GOVERNMENT'S FIRST AMENDED WITNESS LIST

---

| NO. | NAME/ADDRESS/JOB | SUBJECT MATTER OF TESTIMONY | SWORN/TESTIFIED |
|---|---|---|---|
| 1. | Investigator Brian Matos Metro Intelligence & Coordination Unit (MNICU) | Will testify as Affiant for Search Warrant, execution of Search Warrant and collection of evidence | ____ /____ |
| 2. | Officer Brandon St. John Haltom City PD | Will testify to conducting traffic stop on defendant's vehicle and arrest of defendant | ____ /____ |
| 3. | Commander Ronnie Cloud MNICU | Will testify to surveillance of Great Western Inn, execution of Search Warrant, and collection of evidence | ____ /____ |
| 4. | Inv. Todd Murphree MNICU | Will testify to surveillance of Great Western Inn, execution of Search Warrant, and collection of evidence | ____ /____ |
| 5. | Inv. Eric Huski MNICU | Will testify to the execution of the Search Warrant and collection of evidence | ____ /____ |
| 6. | Sup. Joe Slinkard MNICU | Will testify to the chain of custody for the narcotics evidence | ____ /____ |

| NO. | NAME/ADDRESS/JOB | SUBJECT MATTER OF TESTIMONY | SWORN/TESTIFIED |
|---|---|---|---|
| 7. | Thomas R. Ekis<br>Forensic Examiner<br>EXPERT | Will testify to conducting lab analysis of narcotics | ____ /____ |
| 8. | Blake Gordon<br>Special Agent - ATF<br>EXPERT | Will testify to interstate Nexus determination | ____ /____ |
| 9. | Randall Dockens<br>Special Agent - ATF<br>EXPERT | Will testify to interstate Nexus determination | ____ /____ |
| 10. | Ann Cook<br>Fingerprint Examiner<br>FWPD<br>EXPERT | Will testify to comparing Trevino's prints from conviction(s) to those taken after arrests | ____ /____ |
| 11. | Melanie Finney<br>Special Agent - ATF | Will testify to overall investigation of defendant, test firing shotgun, defendant's convictions and fingerprint cards | ____ /____ |
| 12. | Sgt. R.L. Krouse<br>FWPD | Will testify to initiating traffic stop on defendant's vehicle | ____ /____ |
| 13. | Officer Abernathy<br>FWPD | Will testify to making video of traffic stop, observations in helicopter, Air One | ____ /____ |
| 14. | Officer T. McNutt<br>FWPD | Will testify to collection of evidence and the arrest of the defendant | ____ /____ |
| 15. | Officer B. Blaisdell<br>FWPD | Will testify to collection of evidence and the arrest of the defendant | ____ /____ |
| 16. | Officer K. Savoy<br>FWPD | Will testify the arrest of the defendant | ____ /____ |

| NO. | NAME/ADDRESS/JOB | SUBJECT MATTER OF TESTIMONY | SWORN/TESTIFIED |
|---|---|---|---|
| 17. | Officer B. Redding<br>FWPD | Will testify to the collection of evidence | ____ /____ |
| 18. | Vin Zhang<br>Sr. Forensic Scientist<br>FWPD<br>EXPERT | Will testify to the lab analysis of the narcotics | ____ /____ |
| 19. | Angela Barlow<br>Corrections Officer<br>Mansfield Law Enforcement<br>Center | Will testify to taking defendant's fingerprints | ____ /____ |
| 20. | Ben Negrete<br>Detention Officer<br>Haltom City Jail | Will testify to taking defendant's fingerprints | ____ /____ |
| 21. | D. Colvin | Will testify to statements made by defendant<br>while in custody | ____ /____ |

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

s/ CHRISTOPHER R. WOLFE
CHRISTOPHER R.  WOLFE
Assistant United States Attorney
State Bar of Texas No.  24008294
Burnett Plaza, Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas  76102-6897
Telephone Number: 817.252.5200
Fax No.  817.978.3094
chris.wolfe@usdoj.gov

**Government Witness List - Page 3**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 6, 2005 I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Ray Rodgers.


<u>s/ CHRISTOPHER R. WOLFE</u>
CHRISTOPHER R. WOLFE
Assistant United States Attorney