MINUTE ORDER
USDC/NDTX/FORT WORTH DIVISION
DATE: June 19, 2006
DISTRICT JUDGE: Terry R. Means
CRT REPORTER: Ana Warren
CRT RM DPTY: J. Smalling
USPO: Blanca E. McCallum
TIME: 9:46/10:09 am
TOTAL COURT TIME: 23 minutes

**4:05-CR-031 (1)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, plaintiff** | § | Christopher Wolfe, Attorney for Government |
| **VS** | § | |
| **FRANK DAVID TREVINO, defendant** | § | Leigh Davis & Francisco Hernandez, Jr., Attorneys for Defendant, apt |

### SENTENCING

- Mr. Leigh Davis appeared as counsel for the defendant and the Court deemed Mr. Davis's appearance in Court today as his entry of appearance.

- Sentencing Held

- On March 1, 2006, the defendant entered a plea of guilty to count 1, 2, 5 of the seven-count Indictment.

- Plea agreement accepted

- The deft is committed to the custody of the bureau of prisons to be imprisoned for a term of 240 months; 180 months on Count 1, 60 months on Count 2, and 180 months on Count 5. Counts 1 and 5 will run concurrently. Sentence imposed on Count 2 will run consecutively to Counts 1 and 5, for a total aggregate sentence of 240 months.

- NO fine ordered

- NO Restitution

- Upon release from imprisonment, the deft shall be placed on supervised release for a term of 4 years on Counts 1 and 2, and 3 years on Count 5 to run concurrently with each other.

- While on supervised release, the defendant shall also comply with the standard conditions recommended by the US Sentencing Commission and shall also comply with all conditions set out the Judgment and Commitment order entered in this case.

- It is ordered that the defendant pay a special assessment of $300 due immediately.

- All the remaining counts are dismissed, as to this defendant, upon motion of the Government.

- Deft Advised of Right to Appeal

- The defendant is remanded to the custody of the United States marshal.